# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAWN LINDSTROM,**

       **Plaintiff,**

**v.**

**WAL-MART INC.,**

       **Defendant.**

**Case No. 3:24-CV-01775-SPM**

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on April 14, 2025 (Doc. 20), this action is **DISMISSED with prejudice**.

    **DATED:  April 14, 2025**

                                            **MONICA A. STUMP,**
                                            **Clerk of Court**

                                            **By:  s/ *Jackie Muckensturm***
                                                      **Deputy Clerk**

    **APPROVED: s/ *Stephen P. McGlynn***
                      **STEPHEN P. McGLYNN**
                      **U.S. District Judge**